UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEAL DRISCOLL

V.                                                     D.N. 3:21 cv 257 (___)

BOB'S DISCOUNT STORES                                  FEBRUARY 27, 2021

## COMPLAINT

### I. Parties

1. The Plaintiff, Neal Driscoll is a resident of Connecticut. He is a member of a protected class in that he is 61 years of age (DOB: June 5, 1959).

2. The Defendant is Bob's Discount Stores ("Bob's"). Bob's is a Corporation doing business in Connecticut and employs in excess of 250 employees.

### II. Jurisdiction, Venue and Equitable Relief

3. This action against Bob's arises under the Age Discrimination in Employment Act. This Honorable Court has jurisdiction over this action pursuant to the Age Discrimination in Employment Act. Equitable and other relief is sought under the Age Discrimination in Employment Act.

4. The Plaintiff has exhausted the administrative remedies made available to him by filing his claims with the Connecticut Commission on Human Rights and Opportunities ("CCHRO") Case Number 2140062 and the Equal Employment Opportunities Commission ("EEOC") Case Number 16A-2020-01458 and then requesting a release of jurisdiction and having the request granted by way of a "Release of Jurisdiction" from the CCHRO dated February 22, 2021 (attached).

5. Venue is proper in this District and Division pursuant to the Age Discrimination in Employment Act because a substantial part of the events giving rise to Plaintiff's claim arose here and one or more of the breaches of which Plaintiff complains occurred here.

### III. Statement of Facts:

6. The Plaintiff is a 61 year old (DOB: June 5, 1959) individual.

7. The Plaintiff began working for Defendant Bob's on November 27, 1995 as a "Visual Merchandiser". He worked for Bob's for approximately 25 years and his last job at Bob's was as "Visual Merchandiser". A "Visual Merchandiser" sets up retail store displays.

8. Bob's is a company that sells discount furniture at multiple locations throughout the United States including Connecticut. Bob's employees over 250 employees.

9. Throughout his employment with Bob's, the Plaintiff was a loyal, hard working employee doing an exemplary job. He always went above and beyond to serve the interests of the company.

10. As far back as 2015, employees of Bob's made discriminatory comments to the Plaintiff. For example, co-worker Renee Kuss told the Plaintiff on at least one occasion that he was "too old for the job" and "too slow".

11. In 2018, the Plaintiff was hanging a picture in the Defendant's Stamford, Connecticut location and he fell and hurt his right knee. He filed a worker's compensation claim and had to have knee surgery. Subsequent to the surgery, he returned to work at the Defendant and his supervisor at the time yelled at him "the vacation is over" and "the fun is over".

12. The Plaintiff was also told by co-workers and superiors that he was "accident prone" and "a risk to the company".

13. On July 31, 2020, the Plaintiff was notified by Bob's that he would be permanently laid off on August 7, 2020. The company lay off was for legitimate economic reasons, however, when the Plaintiff attempted to return to the company after the economic crisis had subsided, Bob's refused to allow him back to his old position or to any other comparable position because of his age.

14. Subsequent to the initial lay off, Bob's called sixteen of nineteen people that had been laid off back to work. However, the Plaintiff was not called back because of his age.

15. The individuals involved in the failure to call the Plaintiff back to work on the basis of his age were PJ Sylvestre and certain other executives with Bob's.

16. On February 22, 2021, the Plaintiff obtained a "Release of Jurisdiction" from the CCHRO enabling him to file his discrimination claims in this court.

**IV. Count One: Violation of the Age Discrimination in Employment Act as Amended, 29 U.S.C. Sections 621 et seq.**

17. The Defendant violated the Age Discrimination in Employment Act as Amended, 29 U.S.C. Sections 621 et seq. by discriminating against the Plaintiff on the basis of his AGE.

**V. Count Two: Violation of Connecticut General Statutes Section 46a-60:**

18. The Defendant violated the provisions of Connecticut General Statutes Section 46a-60 by discriminating against the Plaintiff on account of the Plaintiff's AGE.

**VI. Damages/Prayer for Relief:**

19. As a result of Defendant's unequal treatment and discriminatory treatment of the Plaintiff and defamation of the Plaintiff, the Plaintiff has suffered financially. His career path has been forever altered negatively and he has lost opportunities for employment as a result of the intentional discrimination and inappropriate and illegal conduct. As to all Counts, the Plaintiff prays for the following:

    a. Compensatory Damages;

    b. Economic Damages;

    c. Equitable Damages;

    d. Attorney's Fees and Costs;

    e. Punitive Damages;

    f. All Other Damages Available.

THE PLAINTIFF:

By: /s/ Daniel H. Kryzanski ct 15620
 Daniel H. Kryzanski, Esq.
 Law Offices of Daniel H. Kryzanski
 30 Ferry Blvd. #2
 Stratford, CT 06615
 Phone: (203) 380-1384
 Fax: (203) 380-1598
 Federal Bar: CT 15620

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

<u>Neal Driscoll</u>
**COMPLAINANT**

vs.

CHRO No. 2140062
EEOC No. 16A202001458

<u>Bob's Discount Furniture, LLC.</u>
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: <u>February 22, 2021</u>

Tanya A. Hughes, Executive Director

cc:
    Complainant's Attorney: Daniel Kryszanski, Esq.
                                Email: dkryzan831@aol.com

    Respondent's Attorney: Tanya Bovee, Esq.
                                  Russell Jarem, Esq.
                                  Jackson Lewis PC
                                  Emails: Tanya.bovee@jacksonlewis.com
                                          Russell.jarem@jacksonlewis.com

    Case File.